■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARLAND HUGHES, Appellant. [775 NYS2d 173]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 18, 1988, (*People v Hughes,* 142 AD2d 689 [1988]), affirming a judgment of the Supreme Court, Queens County, rendered May 24, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Altman, JJ., concur.